**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:13-CR-17-01** |
| | ) | **CHIEF JUDGE VARLAN** |
| **DONALD RYANS** | ) | |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Donald Ryans, and the defendant admits that he has violated his supervised release under violation numbers 1-7 in the petition. An agreement has been reached between the parties, recommending that Mr. Ryans' supervised release should be revoked and that he should receive a sentence of four (4) months imprisonment with no supervised release to follow.

Mr. Ryans agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is I. The advisory guideline range is 4-10 months for a "Grade B" violation which the Court has carefully considered. There is a statutory maximum of 24 months imprisonment which the Court has also considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is

sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of four (4) months to be followed by no supervised release. It is RECOMMENDED that Donald Ryans be designated to the Bureau of Prisons facility located in Ashland, Kentucky.

ENTER:

_Thomas A. Varlan_
_____
Honorable Thomas A. Varlan
Chief United States District Judge

APPROVED FOR ENTRY:

_Tracy Stone by Jonath Moffatt_ _with approval_
_____
Tracy Stone
Assistant U.S. Attorney

_Jonath Moffatt_
_____
Jonathan Moffatt
Attorney for Defendant

_____
Donald Ryans
Defendant

_Corey Miller_  Corey Miller
                2017.08.24 13:29:51
                -04'00'
_____
Corey Miller
U.S. Probation Officer